Certificate Number: 15725-ILC-CC-038248511



15725-ILC-CC-038248511

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 5, 2024</u>, at <u>2:58</u> o'clock <u>PM EST</u>, <u>Alicia Bradshaw</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 5, 2024</u>          By:   <u>/s/Eduardo Luis Verhelst Baena</u>

Name:   <u>Eduardo Luis Verhelst Baena</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15725-ILC-CC-038248512


15725-ILC-CC-038248512

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 5, 2024</u>, at <u>2:58</u> o'clock <u>PM EST</u>, <u>Gregory Bradshaw</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date: <u>March 5, 2024</u> | By: | <u>/s/Eduardo Luis Verhelst Baena</u> |
| | Name: | <u>Eduardo Luis Verhelst Baena</u> |
| | Title: | <u>Counselor</u> |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).