UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALICIA BRADSHAW and, | ) | No. 24-70368 |
| GREGORY BRADSHAW, | ) | Chapter 7 |
| Debtors. | ) | |

## MOTION TO COMPEL

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1. The Debtors filed their voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on May 15, 2024.

2. I serve as the Debtors' Chapter 7 bankruptcy Trustee.

3. The Debtors own a 2017 Ford Escape which they value at $9,000.00.

4. The Debtors schedules indicated that the vehicle is secured by a lien with Lending Club Bank and has a debt against it of $12,858.79.

5. However, my public record search indicated that there was no recorded lien on the vehicle and the Debtors confirmed at their first meeting of creditors on June 12, 2024 that they were in possession of the vehicle title.

6. I instructed the Debtors to locate the title and take it to their attorney's office to be surrendered to me.

7. To date, I have not received the vehicle title as requested.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that the Court enter an order compelling the Debtors to turnover the vehicle title on the 2017 Ford Escape to the undersigned Trustee forthwith.

  /s/Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082
E-mail: jdrdec@aol.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on June 21, 2024, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

- U. S. Trustee
- Mr. John L. GreenLeaf, Jr.

/s/Jeffrey D. Richardson