Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

**In Re:** Alicia Bradshaw and Gregory Bradshaw
*Debtor(s)*

*Case No.:* 24−70368

*Chapter:* 7

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

   US Courthouse, Room 232, 600 E Monroe St, Springfield, IL 62701

  on 7/11/24 at 01:30 PM

to consider and act upon the following:

Trustee's Motion to Compel

**Unless the Court orders otherwise in a particular case or as to a particular attorney or party, attorneys and parties in interest participating in this hearing have the option of appearing remotely via Zoom for Government® in lieu of appearing in person. To do so, launch Zoom® through your web browser or app and enter the following credentials as prompted.**

      **Meeting ID: 161 8563 5975    Passcode: 1598**

**Multiple hearings may be set at the same time. Stay connected to the Zoom® conference until your hearing(s) are concluded. Keep your camera and microphone off or muted while waiting for your case(s) to be called.**

**Video access is available only to parties in interest and their attorneys participating in the hearing. Members of the public and others interested in observing the proceedings must do so in person in the courtroom or by telephone. To listen by telephone, dial 551−285−1373 and enter the Meeting ID (followed by the # sign) and Passcode (followed by the # sign) when prompted. Participation by telephone is limited to listening only.**

**For full details and connection information, see Judge Gorman's Zoom Video Hearing Guide for Participants on the Court's website. Participants are strongly encouraged to review the Guide prior to the scheduled hearing. www.ilcb.uscourts.gov/zoom−video−hearing−guide−participants**

*Please be advised that all hearings are recorded. Participants electing to appear via Zoom® are responsible for ensuring their ability to connect to the conference and compliance with applicable rules and procedures. A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the hearing.*

Dated: 6/21/24

                                                  /S/   Adrienne D. Atkins
                                           Clerk, U.S. Bankruptcy Court

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

| | |
|---|---|
| In re: | Case No. 24-70368-mpg |
| Alicia Bradshaw | Chapter 7 |
| Gregory Bradshaw | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 21, 2024 | Form ID: ntchrgBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alicia Bradshaw, Gregory Bradshaw, 1220 Woodland Dr., Mt Zion, IL 62549-1238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey D Richardson | jdrdec@aol.com  il37@ecfcbis.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Gregory Bradshaw GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Debtor Alicia Bradshaw GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4